IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC. <br><br> Defendants. | Civil Action No. _____ <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1 DISCLOSURE

Plaintiff Samsung Electronics, Co., Ltd. files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

1. Samsung Electronics, Co., Ltd., is a foreign owned corporation. There is no parent corporation to Samsung Electronics, Co., Ltd., and no publicly held corporation owns 10% or more of Samsung Electronics, Co., Ltd.'s stock.

Dated: December 21, 2007

FISH & RICHARDSON P.C.

By: /s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)
Raymond N. Scott, Jr. (#4949)
FISH & RICHARDSON P.C.
919 N. Market St., Ste. 1100
P. O. Box 1114
Wilmington, DE 19899-1114
Telephone: 302-652-5070
Facsimile: 302-652-0607

Ruffin B. Cordell
Joseph Colaianni
Fish & Richardson P.C.
1425 K Street N.W., Suite 1100
Washington, D.C. 20005
Telephone: 202-783-5070
Facsimile: 202-783-2331

Attorneys for Plaintiff
Samsung Electronics Co., Ltd.