IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SHARP CORPORATION; <br> SHARP ELECTRONICS CORPORATION; <br> AND SHARP ELECTRONICS <br> MANUFACTURING COMPANY OF <br> AMERICA, INC. <br><br> Defendants. | Civil Action No. 07-843 (SLR) |

**AFFIDAVIT OF SERVICE OF PROCESS OF
RAYMOND N. SCOTT, JR.
PURSUANT TO 10 DEL. C. § 3104 AND L.R. 4.1(b)**

STATE OF DELAWARE      )
                       )   SS.
NEW CASTLE COUNTY      )

Raymond N. Scott, Jr., being duly sworn according to law, deposes and says as follows:

1. I am Plaintiff's counsel of record in this action.

2. Pursuant to 10 Del. C. §3104 and Local Rule 4.1(b), this Affidavit is being submitted regarding service of process on the defendant, Sharp Electronics Corporation ("Defendant").

3. The Defendant Sharp Electronics Corporation is a non-resident of the State of Delaware and is presently located at 1 Sharp Plaza, Mahwah, NJ 07430-2135.

4. On Jan. 4, 2008, I caused to be mailed to the Defendant, by registered mail, return receipt, a notice letter, a copy of which is attached hereto as Exhibit A and made a part hereof, together with copies of the Summons and Complaint as served upon the Secretary of State of

2

Delaware. The notice letter and copies of the Summons and Complaint were contained in the same envelope at the time of its mailing on Jan. 4, 2008.

5.   Subsequently, I learned that the letter sent via registered mail to the Defendant on Jan. 4, 2008, was delivered on Jan. 8, 2008, and was accepted on behalf of Sharp Electronics Corporation by an individual whose name appears to be Nathan G. Documentation evidencing delivery is attached hereto as Exhibit B. I received documentation on Jan. 10, 2008, from the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, Delaware this 14th day of Jan., 2008.

FISH & RICHARDSON P.C.

By:  _____
Raymond N. Scott, Jr. (#4949)
919 N. Market St., Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone: (302) 652-5070

Attorneys for Plaintiff
Samsung Electronics Co. Ltd.

# EXHIBIT A

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

January 2, 2008

VIA REGISTERED MAIL
RETURN RECEIPT REQUESTED – RA 187 584 699 US

Sharp Electronics Corporation
1 Sharp Plaza
Mahwah, NJ 07430-2135

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re: *Samsung Electronics Co. v. Sharp Corporation, et al.*
    USDCD - DE, C.A. No. 07-843

Dear Sir or Madam:

Enclosed are copies of the Summons, Complaint and Notice of Availability of Magistrate Judge in the above-captioned matter. This will serve as notice that service of the originals of such process has been made upon the Delaware Secretary of State on Jan. 3, 2008, and that under 10 Del. C. §3104, such service is as effectual to all intents and purposes as if it had made upon Sharp Electronics Corporation, personally within this State.

Very truly yours,

Raymond N. Scott

/mmm

Enclosures

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) NATHAN G | B. Date of Delivery |
| | C. Signature X /u/m/ | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Sharp Elecs. Corp.<br>1 Sharp Plaza<br>Mahwah, NJ<br>07430-2135 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[postmark: MAHWAH NJ 07430 JAN 08 2008 USPS] | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number (Copy from service label)  RA 187 584 699 US | | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |