IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.<br><br>Defendants. | C.A. No. 07-843-SLR |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendants Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. to move, answer or otherwise plead in response to the Complaint is extended until February 27, 2008.

| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Raymond N. Scott, Jr.<br>William J. Marsden, Jr. (#2247)<br>Raymond N. Scott, Jr. (#4949)<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>(302) 652-5070<br>rscott@fr.com<br>  *Attorneys for Plaintiff*<br>  *Samsung Electronics Co., Ltd.* | /s/ Rodger D. Smith II<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>  *Attorneys for Defendants Sharp Electronics*<br>  *Corporation and Sharp Electronics*<br>  *Manufacturing Company of America, Inc.* |

SO ORDERED this ___ day of _____ 2008.

_____
United States District Court Judge

1428750