## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS, CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC., <br><br> Defendants. | C.A. No. 07-843-SLR |

### DEFENDANTS' UNOPPOSED MOTION FOR A MANDATORY STAY

Pursuant to 28 U.S.C. § 1659(a), Defendants Sharp Corporation, Sharp Electronics Corporation, and Sharp Electronics Manufacturing Company of America, Inc. (collectively "Sharp"), move for a stay of plaintiff's claims and defendants' related declaratory judgment counterclaims in this action pending disposition of related proceedings before the United States International Trade Commission ("ITC"), *In the Matter of Certain Liquid Crystal Display Devices and Products Containing the Same*, USITC Inv. No. 337-TA-631. Counsel for Sharp has conferred with counsel for Samsung, and Samsung does not oppose this motion to stay.

Sharp requests a stay under 28 U.S.C. § 1659(a) because the pending ITC investigation involves the same patents and the same issues that are asserted in the complaint and in the declaratory judgment counterclaims in this action. Sharp's grounds for the stay are set forth more fully in its Opening Brief filed herewith.

In requesting a stay pursuant to 28 U.S.C. § 1659(a), Sharp expressly reserves all

of its objections and defenses, including but not limited to any defenses based on lack of

jurisdiction, improper venue, insufficiency of process and insufficiency of service of process.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
   *Attorneys for Defendants Sharp Corporation,*
*Sharp Electronics Corporation, and Sharp*
*Electronics Manufacturing Company of America*

OF COUNSEL:

Alan Cope Johnston
G. Brian Busey
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, N.W.
Suite 5500
Washington, DC  20006-1888
(202) 887-8756

Barry E. Bretschneider
Michael E. Anderson
MORRISON & FOERSTER LLP
1650 Tysons Boulevard, Suite 400
McLean, VA  22102
(703) 760-7743

Updeep S. Gill
Joseph A. Rhoa
NIXON & VANDERHYE
901 North Glebe Road
Arlington, VA  22203
(703) 816-4000

February 19, 2008
1602114

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SAMSUNG ELECTRONICS, CO. LTD.,

          Plaintiff,

    v.

SHARP CORPORATION, SHARP
ELECTRONICS CORPORATION, and SHARP
ELECTRONICS MANUFACTURING
COMPANY OF AMERICA, INC.,

          Defendants.

C.A. No. 07-843-SLR

## ORDER STAYING ALL PROCEEDINGS IN THIS ACTION

Upon consideration of the unopposed motion by Defendants Sharp Corporation, Sharp Electronics Corporation, and Sharp Electronics Manufacturing Company of America, Inc. pursuant to 28 U.S.C. § 1659(a), and good cause being shown, it is this ____ day of February, 2008, hereby

ORDERED that Defendants' Unopposed Motion for a Mandatory Stay is GRANTED, and it is

FURTHER ORDERED that plaintiff's claims and defendants' declaratory judgment counterclaims (Counterclaims One through Four) in the above-captioned action are stayed pending disposition of a related proceedings, *In the Matter of Certain Liquid Crystal Display Devices and Products Containing the Same*, USITC Inv. No. 337-TA-631, before the United States International Trade Commission ("ITC"), and that the parties shall notify this Court when the ITC's determination becomes final, and it is

FURTHER ORDERED that Defendants have not waived any of their objections and defenses based on lack of jurisdiction, improper venue, insufficiency of process and insufficiency of service of process.

So Ordered.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on February 19, 2008, I caused the

foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send

notification of such filing to:

William J. Marsden, Jr., Esquire
FISH & RICHARDSON PC

I also certify that copies were caused to be served on February 19, 2008, upon the

following in the manner indicated:

### BY HAND & E-MAIL

William J. Marsden, Jr., Esquire
Raymond N. Scott, Jr., Esquire
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

### BY E-MAIL

Ruffin B. Cordell, Esquire
Joseph Colaianni, Esquire
Fish & Richardson P.C.
1425 K Street, N.W., Suite 1100
Washington, DC  20005

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
rsmith@mnat.com