**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | |
| Plaintiff, | |
| v. | Civil Action No. 07-843-SLR |
| SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC. | **JURY TRIAL DEMANDED** |
| Defendants. | |
| SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC. | |
| Counterclaim-plaintiffs, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC., | |
| Counterclaim-defendants. | |

**PLAINTIFF SAMSUNG ELECTRONICS, CO., LTD.,
AND COUNTERCLAIM-DEFENDANTS
SAMSUNG ELECTRONICS AMERICA, INC., AND
SAMSUNG SEMICONDUCTOR, INC.'S
UNOPPOSED MOTION FOR A MANDATORY STAY**

Pursuant to 28 U.S.C. § 1659(a), Plaintiff Samsung Electronics, Co., Ltd., and Counterclaim-Defendants Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc., (collectively, "Samsung"), move for a stay of Defendants' counterclaims and Samsung's related declaratory judgment counterclaims in this action pending disposition of related proceedings before the United States International Trade Commission ("ITC"), *In the Matter of*

*Certain Liquid Crystal Display Modules, Products Containing Same, and Methods for Using the Same*, USITC Inv. No. 337-TA-634.  Counsel for Samsung has conferred with counsel for Defendants, and Defendants do not oppose this motion to stay.

Samsung requests a stay under 28 U.S.C. § 1659(a) because the pending ITC investigation involves the same patents and the same issues that are asserted in the Amended Counterclaims of Defendants Sharp Corporation; Sharp Electronics Corporation; and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") and in the declaratory judgment counterclaims that Samsung asserts in response.  Samsung's grounds for the stay are set forth more fully in its Opening Brief filed herewith.

In requesting a stay pursuant to 28 U.S.C. § 1659(a), Samsung expressly reserves all of its objections and defenses, including, but not limited to any defenses based on lack of jurisdiction, improper venue, insufficiency of process and insufficiency of service of process.

Dated:  March 7, 2008                    FISH & RICHARDSON P.C.

By:  */s/ Raymond Scott*
William J. Marsden (#2247)
Raymond Scott (#4949)
919 N. Market St., Ste. 1100
P. O. Box 1114
Wilmington, DE 19899-1114
Telephone:  302-652-5070
Facsimile:  302-652-0607
marsden@fr.com
rscott@fr.com

Ruffin B. Cordell
Joseph Colaianni
Fish & Richardson P.C.
1425 K Street N.W., Suite 1100
Washington, D.C. 20005
Telephone: 202-783-5070
Facsimile: 202-783-2331

Attorneys for Plaintiff
Samsung Electronics Co., Ltd.

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Rodger D. Smith, II
>Morris Nichols Arsht & Tunnell LLP
>1201 N. Market Street
>Wilmington, DE  19899

I hereby certify that on March 7, 2008, I have sent by Electronic mail, the document(s) to the following non-registered participants:

>Alan Cope Johnston
>Morrison & Foerster LLP
>200 Pennsylvania Avenue, N.W.
>Washington, DC  20006-18888
>Email:  acjohnston@mofo.com

>Barry E. Bretschneider
>Morrison & Foerster LLP
>1650 Tysons Boulevard, Suite 400
>McLean, VA  22102
>Email:  bbretschneider@mofo.com

>Joseph A. Rhoa
>Nixon & Vanderhye
>901 N. Glebe Road
>Arlington, VA  22203
>Email:  jar@nixonvan.com

_____/s/ Raymond Scott_____

Raymond Scott

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SHARP CORPORATION; <br> SHARP ELECTRONICS CORPORATION; <br> AND SHARP ELECTRONICS <br> MANUFACTURING COMPANY OF <br> AMERICA, INC. <br><br> Defendants. | Civil Action No. 07-843-SLR |
| SHARP CORPORATION; <br> SHARP ELECTRONICS CORPORATION; <br> AND SHARP ELECTRONICS <br> MANUFACTURING COMPANY OF <br> AMERICA, INC. <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., <br> SAMSUNG ELECTRONICS AMERICA, INC., <br> and SAMSUNG SEMICONDUCTOR, INC., <br><br> Counterclaim-defendants. | |

## <u>ORDER STAYING ALL PROCEEDINGS IN THIS ACTION</u>

Upon consideration of the unopposed motion to stay by Plaintiff Samsung Electronics, Co., Ltd., and Counterclaim-Defendants Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc. (collectively, "Samsung") pursuant to 28 U.S.C. § 1659(a), and good cause being shown, it is this ___ day of March, 2008, hereby

ORDERED that Samsung's Unopposed Motion for a Mandatory Stay is GRANTED, and it is

FURTHER ORDERED that Defendants' infringement counterclaims (Counterclaims One through Four) and Samsung's declaratory judgment counterclaims (Declaratory Judgment Counterclaims One through Four) in the above-captioned action are stayed pending disposition of a related proceeding, *In the Matter of Certain Liquid Crystal Display Modules, Products Containing Same, and Methods for Using the Same*, USITC Inv. No. 337-TA-634, before the United States International Trade Commission ("ITC"), and that the parties shall notify this Court when the ITC's determination becomes final, and it is

FURTHER ORDERED that Samsung has not waived any of its objections and defenses based on lack of jurisdiction, improper venue, insufficiency of process and insufficiency of service of process.

So Ordered.

_____
United States District Judge

11038527.doc

2